UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
22-20521-CR-SCOLA/GOODMAN
CASE NO. _____

FILED BY ____KAN____ D.C.
Nov 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned DOJ Trial Attorney, respectfully requests that the Indictment, arrest warrants and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The DOJ Trial Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER FENTON
DOJ Trial Attorney
Court ID No. A5502969
Criminal Division, Fraud Section
U. S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
Tel.: (202) 320-539
Email: christoopher.fenton@usdoj.gov