**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CR-20521-RNS

**UNITED STATES OF AMERICA,**

vs.

**THEODORE FARNSWORTH,** *et al.***,**

    **Defendants.**
_____/



SEALED

FILED BY _____PE_____ D.C.

Nov 8, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Marx P. Calderón, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By:     *s/ Marx P. Calderón*
            Marx P. Calderón
            Assistant United States Attorney
            Court ID No. A5502700
            99 N.E. 4th Street, 7th Floor
            Miami FL, 33132-2111
            Telephone: (305) 961-9036
            E-mail: Marx.Calderon@usdoj.gov