# MINUTE ORDER

Page 5

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor     Date: 11/17/2022   Time: 1:30 p.m.

Defendant: (1) THEODORE FARNSWORTH   J#: _____   Case #: 22-20521-CR-SCOLA (SEALED)

AUSA: Blake Goebel    Attorney: Jason Cowley (out of district) Henry Bell (Perm.)

Violation: SECURITIES FRAUD, WIRE FRAUD    Surr/Arrest Date: 11/17/2022   YOB:

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: Roderick Vanderbilt

- [✓] Surrender and/or do not obtain passports/travel docs
- [✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
   Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [✓] No contact with victims/witnesses, except through counsel, and codefendant - witness list to be provided to USPO.
- [✓] No firearms
- [✓] Not to encumber property Defendant & cosigner
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [✓] Travel extended to: SD of FL | ND of NY | SD of NY | D.C.
- [✓] Other: Allowed to travel within U.S. w/ approval of USPO

Language: English

Disposition: Defendant sworn + advised of rights + charges. Case unsealed. STIP $1 million PSB cosigned. Cosigner - pledges property. Defendant released - Bond paperwork due 11/22. Defendant arraigned.

Reading of Indictment Waived ✓
Not Guilty plea entered ✓
Jury trial demanded ✓
Standing Discovery Order requested ✓

Brady Order given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 13:41:00 | 14:32:40 | 15:52:56    Time in Court: 42 mins

s/Melissa Damian    Magistrate Judge

No offering any securities other than those related to the following specific companies already in process: Zash Global, Vinco Ventures, and Icon Publishing