UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

      **Defendants.**

_____/

### NOTICE OF APPEARANCE

The undersigned Trial Attorney, Blake Goebel, hereby appears as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

GLENN S. LEON, CHIEF
U.S. DEPARTMENT OF JUSTICE CRIMINAL
DIVISION, FRAUD SECTION

By:    */s/ Blake Goebel*
Blake Goebel
Trial Attorney
Florida Special Bar Number A5502984
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 616-5010
Blake.Goebel@usdoj.gov