UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

        **Defendants.**
_____/

### ORDER AUTHORIZING THE USE OF ALTERNATIVE VICTIM NOTIFICATION PROCEDURES PURSUANT TO 18 U.S.C. § 3771(d)(2)

THIS CAUSE having come before the Court on the United States of America's Unopposed Motion to Provide Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d) ("Motion"), is hereby ORDERED and ADJUDGED as follows:

The Court finds that: (1) the Motion (ECF No. 23) is **granted**. (2) the number of potential victims in this case makes it impracticable to provide all of the victims the rights provided under 18 U.S.C. § 3771(a); (3) the "multiple crime victims" provision of the Act applies to this case; and (4) the means of notifying potential victims set forth in the Motion constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Crime Victims' Rights Act.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3771(d)(2), that the United States is authorized to comply with 18 U.S.C. § 3771(a) by posting information relevant to potential victims in this case on the public website of the U.S. Department of Justice.

Dated: December 13, 2022

                                            SO ORDERED:

                                            _____
                                            ROBERT N. SCOLA, JR.
                                            UNITED STATES DISTRICT JUDGE