**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 22-20521-CR-SCOLA

UNITED STATES OF AMERICA,

Plaintiff

v.

THEODORE FARNSWORTH

Defendant

**ORDER GRANTING ROY G. DIXON, III'S MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Roy G. Dixon, III, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion (**ECF No. 35**) is GRANTED. Roy G. Dixon, III, Esq. may appear and participate in this action on behalf of Defendant, Theodore Farnsworth. The Clerk shall provide electronic notification of all electronic filings to Roy G. Dixon, III, at rdixon@mcguirewoods.com.

**Case No.: 22-20521-CR-SCOLA**

DONE AND ORDERED in Chambers at Miami, Florida, on January 4, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

Copies furnished to: All Counsel of Record
　　　　　　　　　　Clerk of Court