AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cr-20521-RNS |
| Theodore Farnsworth et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                          .

Date:      02/02/2023                                              /s/ Lauren Archer
                                                                          *Attorney's signature*


                                                            Lauren Archer, FL Bar No. A5502575
                                                                     *Printed name and bar number*


                                                                 1400 New York Avenue, NW
                                                                    Washington, DC 20005
                                                                           *Address*


                                                                Lauren.Archer2@usdoj.gov
                                                                        *E-mail address*


                                                                      (202) 538-3859
                                                                    *Telephone number*


                                                                      (202) 514-3708
                                                                       *FAX number*