AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-20521-CR-SCOLA/GOODMAN |
| Theodore Farnsworth and J. Mitchell Lowe | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 03/09/2023

/s Matthew Reilly
*Attorney's signature*

Matthew Reilly (NY 5130935)
*Printed name and bar number*
1400 New York Ave.
Washington, DC 20005

*Address*

matthew.reilly2@usdoj.gov
*E-mail address*

(202) 320-8523
*Telephone number*

*FAX number*