UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

        **Defendants.**
_____ /

### GOVERNMENT'S RESPONSE TO DEFENDANT THEODORE FARNSWORTH'S EXPEDITED MOTION TO MODIFY ARREST WARRANT

The United States of America, through undersigned counsel, respectfully submits this response to defendant Theodore Farnsworth's Expedited Motion to Modify Arrest Warrant, filed with the clerk's office on August 3, 2023.

The government objects to the defendant's motion. Two things are clear: the defendant violated his conditions of release on multiple occasions and, as a result, this Court directed that the defendant be taken into custody and transported to this District for further proceedings before this Court. The Court's instructions were explicit and expressly directed the Magistrate Judge in the Northern District of New York not to issue a bond pending the revocation hearing. However, given the new information concerning the defendant's mother's funeral, the government defers to the Court to consider whether to fashion some narrowly tailored relief that allows the defendant to attend the funeral before being transported.

The government shares the Court's concern the defendant has violated his conditions, and, as a general matter, has failed to adequately adjust to supervision. For these reasons, the government anticipates that, at the upcoming revocation hearing, the government will argue that

the defendant's bond should be revoked. In light of his conduct while on release, including the present pending violation, the government objects to overly broad relief sought by the defendant in his Expedited Motion to Modify Arrest Warrant that would allow the defendant to be released well beyond the time necessary to attend his mother's funeral services and burial.

With respect to the specific issue presently before the Court – whether the defendant should be permitted to attend his mother's funeral services – the government defers to the Court.

Respectfully submitted,

GLENN S. LEON, CHIEF
U.S. DEPARTMENT OF JUSTICE CRIMINAL
DIVISION, FRAUD SECTION

By: */s/ Christopher Fenton*
Christopher Fenton
Lauren Archer
Matthew Reilly
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 320-0539
christopher.fenton@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Christopher Fenton, hereby certify that on August 3, 2023, I caused the foregoing filing to be electronically filed with the Clerk of Court by using the Court's electronic filing system, which will automatically send a notice of electronic filing to the parties who have entered an appearance in this case.

          By:    */s/ Christopher Fenton*
                  Christopher Fenton
                  Trial Attorney
                  Florida Special Bar Number A5502969 (Fenton)
                  U.S. Department of Justice
                  Criminal Division, Fraud Section
                  1400 New York Avenue, N.W.
                  Washington, D.C. 20005
                  Phone: (202) 320-0539
                  Christopher.Fenton@usdoj.gov