## Jacob Hasbun

| | |
|---|---|
| From: | Austin Gilmore <austin.gilmore@hotmail.com> |
| Sent: | Wednesday, August 9, 2023 4:52 PM |
| To: | FLSDdb_efile Scola |
| Subject: | Court Docket No.: 22-20521-CR, United States Vs. Theodore Farnsworth. |
| Attachments: | IMG_3898.jpg; FtXAuyuWYAAApHe.jpg; FtXAvDHXsAMVlLz.jpg; Screenshot 2023-08-09 at 3.41.47 PM.png |

**CAUTION - EXTERNAL:**

Dear Judge Robert N. Scola,

My name is Austin Gilmore and I am a shareholder in Vinco Ventures. Currently, I am down over $200k of my life savings (picture attached) which was invested into another publicly traded company operated by Mr. Farnsworth. Vinco Ventures/ZASH Global Media was stated to be worth $5 Billion Dollars according to SEC filings and public interview statements given by Mr. Farnsworth. Within the $5 Billion dollar valuation included the TikTok competitor known as Lomotif. Mr. Farnsworth also stated in a Variety.com interview "The overall Zash ecosystem has 100 million global active users, according to Farnsworth, while Lomotif has 41 million active users in India." To date, the Lomotif application which was purchased for over $125M has been offline for over 4 months. In the span of 2 years under Mr. Farnsworth's control and influence, Vinco Ventures has been delisted from the NASDAQ.

The chairman of the board, Rod Vanderbilt was with Ted previously at Moviepass and is also part of ZASH Global Media. Vinco and ZASH Global were stated to conduct a reverse triangular merger back in 2021, but to date, the ZASH merger has never occurred. Under Mr. Farnsworth's control and influence, Vinco Ventures has given out multiple loans upwards of $60M towards ZASH Global Media. Those loans are now forgiven as ZASH cannot repay them per the latest 10Q filings. (See attached)

I strongly believe Mr. Farnsworth knew about the inflated valuations, the misleading active users, and the misspending that occurred. What Mr. Farnsworth conducted within Moviepass has occurred once again in another publicly traded company. Defrauding investors, materially misleading statements, misspending, conflict of interest, the list goes on. It is crucial the court examine Vinco Ventures during the time Mr. Farnsworth was in control. Mr. Farnsworth's recurring actions within Vinco Ventures are essentially a repeat of Moviepass and have led to the detriment of numerous shareholders, causing significant financial harm.

I ask that the court consider holding Mr. Farnsworth in custody until his trial occurs in September of 2024 and examine the fraudulent activities that have occurred within Vinco Ventures. Thank you for your consideration.



### Farnsworth Group to Pay $125 Million for Control of TikTok Rival

A group of investors, including former MoviePass Chairman Ted Farnsworth, who agreed to buy an 80% controlling stake in the Singapore video-sharing service Lomotif will pay about $125 million in the deal, according to people familiar with the matter.

www.bloomberg.com



### TikTok Rival Lomotif Grows India Business With Viacom18, Lionsgate Play Partnerships

The India expansion plans for short-form video platform Lomotif are well underway via a partnership with billionaire Mukesh Ambani's Viacom18 media conglomerate. The partnership kicks off wit...

variety.com



### $BBIG Chairman Ted Farnsworth Exclusive Interview | Benzinga Live 

Today on Benzinga Live, we're talking BBIG, NFLX, and more. FEATURED GUESTS:Ted Farnsworth, Chairman and Co-Founder, Zash Media (BBIG)https://investors.vinco...

www.youtube.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.