| | |
|---|---|
| **From:** | Wai C |
| **To:** | FLSDdb_efile Scola |
| **Subject:** | About Ted Farnsworth and Vinco Ventures, Inc. |
| **Date:** | Thursday, August 10, 2023 12:00:06 PM |

**CAUTION - EXTERNAL:**

Dear Judge Scola:

I am one of the many retail investors of Vinco Ventures, Inc (ticker symbol: BBIG) who are suffering a massive (unrealized) loss due to fraudulent actions from Ted Farnsworth as well as Vinco Ventures management.

My $312K USD investment in BBIG is currently worth around $4500 USD.  I am holding onto my position with a massive unrealized loss.  There are thousands just like me out there.

Ted Farnsworth is attempting the same thing at Vinco Ventures as he did with Movie Pass. Currently Vinco Ventures retail investors like myself are currently fighting the company so we can get our hard earned money back, money intended to improve the lives of our families.

Attached shows my stock position on Vinco Ventures (BBIG)'s massive unrealized loss, misleading statements from company board of directors, as well as a link to a news article about actions by the company which have negatively affected me and other retail investors of BBIG.

https://investorplace.com/2023/07/bbig-stock-alert-retail-investors-launch-investigation-into-vinco-ventures/

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.