# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse – 3rd Floor          Date: 8/10/2023   Time: 12:30 p.m.

Defendant: Theodore J. Farnsworth          J#: 30214-510     Case #: 22-CR-20521-SCOLA
AUSA: Michael Berger                              Attorney: Henry Bell - Perm
Violation: PRETRIAL SERVICES VIOLATION (Bond Violation)   Surr/Arrest Date: 8/9/2023   YOB: 1962

Proceeding: Initial Appearance                    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at:                                       Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:
☐ Other:

Disposition:

- Deft advised of rights & Charges
- "No bond" per warrant
- All further proceedings before Judge Scola

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:40:16 // 12:46:43            Time in Court: 8 minutes

s/Lauren F. Louis                                    Magistrate Judge