UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH

**Defendant.**

_____/

# ORDER
## REGARDING ELECTRONIC EQUIPMENT IN THE COURTHOUSE

Upon consideration of the United States' Motion, pursuant to this Court's Administrative Order *In re: Cellular Phone and Electronic Equipment Usage in the Courthouse*, Admin. Order 2018-79 (S.D. Fl. Oct. 17, 2018) ¶ I.A, the Court finds good cause for the Motion, and it is hereby ORDERED that:

U.S. Department of Justice paralegal Michaela Ausbrooks may bring electronic devices, including a laptop, cellular phones, and any necessary cords or attachments for those devices, into the Wilkie D. Ferguson, Jr. United States Courthouse on September 6-7, 2023.

FURTHERMORE, it is ORDERED that the Clerk's Office shall promptly forward this Order to the United States Marshals Service for verification prior to September 6, 2023.

DONE AND ORDERED in Miami, Florida, on September 1, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE