# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Case No. 22-CR-20521-RNS |
| THEODORE FARNSWORTH and J. MITCHELL LOWE, | |
| Defendants. | |

# DEFENDANT THEODORE FARNSWORTH'S
# NOTICE OF FILING REDACTED DOCUMENTS

Defendant Theodore Farnsworth, by and through undersigned counsel, and consistent with the Court's Orders (D.E. Nos. 87, 89) requiring the parties to file redacted, unsealed versions of all materials related to the revocation of his pretrial release, hereby files the following redacted, unsealed documents in this matter:

| Document | ECF No. |
|---|---|
| Defendant Theodore Farnsworth's Opposition to the Government's Motion to Revoke Pre-Trial Release | 76 |
| Exhibit 1 – Emails Between Officer Christopher and Farnsworth | 76 |
| Exhibit 2 – Farnsworth Declaration | 76 |
| Exhibit 3 – Text from May to Sammi (2022) | 76 |

DATED: October 13, 2023

Respectfully submitted,

/s/ Henry P. Bell
BELL ROSQUETE REYES ESTEBAN, PLLC
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Email: hbell@brresq.com

George James Terwilliger, III (pro hac vice)
Jason H. Cowley (pro hac vice)
MCGUIREWOODS LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-2138
Email: gterwilliger@ mcguirewoods.com
       jcowley@mcguirewoods.com

Admitted Pro Hac Vice

*Counsel for Mr. Theodore J. Farnsworth*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 13, 2023 a copy of the foregoing was filed electronically via the CM/ECF system and served on all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ Henry P. Bell
Henry P. Bell, Esq.
Fla. Bar No. 090689