# REDACTED
# EXHIBIT 2

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA. | |
| v. | Case No. 22-CR-20521-RNS<br>**FILED UNDER SEAL** |
| THEODORE FARNSWORTH and J.<br>MITCHELL LOWE, | |
| Defendants. | |

**DECLARATION OF THEODORE J. FARNSWORTH IN**
**SUPPORT OF HIS OPPOSITION TO THE**
**GOVERNMENT'S MOTION TO REVOKE PRE-TRIAL RELEASE**

I, THEODORE J. FARNSWORTH, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18 and competent to testify in this matter.

2.      I have personal knowledge about the matters stated in this Declaration.

3.      I submit this Declaration in support of the contemporaneously filed opposition to the Government's motion to revoke Mr. Farnsworth's pre-trial release and to detain Mr. Farnsworth pending his trial next September.

4.      I submit this Declaration to place before the Court certain information relevant to events referenced in the Government's motion and the opposition.

5.      ▮▮▮▮▮ is a former boyfriend of mine. While we were together, ▮▮ worked part-time for one of my business ventures and also generally completed tasks and errands at my request. When we dated, I would wire ▮▮ money, including to cover common expenses.

6.      While ▮▮ and I were in a long-term relationship, ▮▮ would sometimes research, negotiate prices, and pick up cars throughout the country on my behalf. One of those cars was a Cadillac Escalade I purchased from Jim Ellis Volkswagen in Georgia. I later learned from a repair shop from which ▮▮ retrieved the vehicle that, unbeknownst to me, ▮▮ had registered and titled

the vehicle solely in his name. I always intended for the Escalade to be my possession, and I hired lawyers in Syracuse, New York to examine possible claims against ███ for having stolen the vehicle.

7.     I also entered into a relationship with ████████████████████ in May of this year, and I acted as a financial benefactor for him. I originally met him in 2022. I also plan to start a jewelry line with ████ Additionally, ████ recently attended my mother's funeral with me.

8.     On July 11, 2023, I spoke with Probation Officer Michael Christopher when he requested to speak with me. In that conversation, Officer Christopher asked why I had asked for permission to go to Tampa Bay, Florida for emergency dental work when I had not asked his permission to travel to Miami. I expressed that based on my understanding of the bail conditions imposed by the Court, because Tampa was not in the Southern District of Florida, I needed to request permission to travel there, but I did not understand that I needed to request permission to travel to Miami.

9.     When Officer Christopher asked me about law enforcement contact relating to ████████ to the best of my recollection, I relayed that I did not think I needed to contact him when I was reporting that I was the victim of a crime, but I would have told him if I understood my conditions of release required reporting such contact.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This Declaration was executed on this _____ day of August, 2023 in Miami, Florida.

/s/ _____

Theodore J. Farnsworth

2