# REDACTED
# EXHIBIT 3

everything.

Ted is gonna buy Matt an escalade for a closing gift Ted has never gotten me anything near that. Our new escalade is in both our names bc he doesn't trust me.

I don't think that is right

It's weird

Makes me think he like Ted like Matt more than me. Idk how to feel about it yet.

Ted thinks if he would leave that in my name that I would take off

When I said oh I thought I were joking about Matt's xar today he gave me a look like ph no I shouldn't of told me. And that he knows he's doing something weird

If he has to think about telling me something like that maybe it is hurtful and he just doesn't care

Idk we got close to ending it before the weekend.

Feb 28, 2022 at 10:56 AM

Hey sorry