# SEALED
# EXHIBIT 4