# **REDACTED**
# **EXHIBIT 5**

