# **REDACTED**
# **EXHIBIT 6**



   



It didn't say he came to me to call cops

Ohh

So he called the cops on himself?

Wym he got a restraing order issued on me and I was pissed so I got one on him

After I was served mine

Damn.

How did they find out he was travelling

against his bond rules

   



**Lorne Ross** ✓
@LorneRoss3

This all started because Ted got a restraining order on ▢... Soon as it was over, ▢ retaliated with one. 😂 can't make this shit up



11:16 PM · 8/6/23 from Earth · **512** Views



Post your reply

  

> No ur not im on Teds side

You got a restraining order on him last week

Teds my bro also

*1:09 PM*

> Lol no he's not

> And no

> While ago my restraining order only lasted a month bc I didn't go to court so it droped

> It's what my lawyer wanted me to don

> The family court judge was a bitch

> So lawyer told me to let it drop so it doesn't go to family court

> His lasts till November 16th im pissed

Ohh. So u guys can't hang out

   



**5:55 PM**

Damnnnn Ted finally reached out to me.

I'm back in Syracuse in a couple weeks.. what would you think about grabbing a couple drinks, see where the night takes us and stuff.

 Lorne Ross ✓ @LorneRoss3 · 48m

💬 1   🔁   ♡ 2   📊 35   ⬆️

 Post your reply

> Lol no he's not
>
> And no
>
> While ago my restraining order only lasted a month bc I didn't go to court so it droped
>
> It's what my lawyer wanted me to don
>
> The family court judge was a bitch
>
> So lawyer told me to let it drop so it doesn't go to family court
>
> His lasts till November 16th im pissed

💬 1   🔁   ♥ 7   📊 462   ⬆️

**JJ Pampit** @c16_123 · 1h
Can't make this shit up...amazing.

💬 2   🔁   ♥ 1   📊 43   ⬆️

**Lorne Ross** ✓ @LorneRoss3 · 59m
Now we are meeting in Seattle to chat

💬 2   🔁   ♥   📊 56   ⬆️

**JJ Pampit** @c16_123 · 58m
🤣 🤣

💬 1   🔁   ♥ 1   📊 44   ⬆️

**Lorne Ross** ✓
@LorneRoss3




5:55 PM

Post your reply







**Lorne Ross** ✓ @LorneRoss3 · 4h
This correct. ▯▯▯▯ lives here with his family members. Hes getting mad at me..

> The family court judge was a bitch
>
> So lawyer told me to let it drop so it doesn't go to family court
>
> His lasts till November 16th im pissed

Ohh. So you guys can't hang out

I'm not a shareholder but what's up with that company he has Vinco or whatever they call it

Lonomitf doesn't work anymore i don't even think

> Ur not a shareholder but I see ur mouth runs like a ducks ass on Twitter but doesn't suprise me bc ur gay
>
> Gay ppl tend to have big mouth

💬 3    ↻    ♡ 7    📊 244    



**Pugzy**
@PugzRTough

▯▯▯▯ is being mean, he must have not gotten satisfied lately.

😆

6:13 PM · 8/7/23 from Earth · **278** Views





Post your reply