UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 22-20521-CR-SCOLA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THEODORE FARNSWORTH,
J. MITCHELL LOWE,

        Defendants.

_____/

## ORDER DIRECTING REASSIGNMENT OF CASE

This cause is before the Court upon *sua sponte* review of the record. The Court was previously assigned the above-captioned matter in the ordinary course of random assignment of cases.

On October 31, 2023, under the provisions of 28 U.S.C. § 371, the undersigned retired from regular active service as a United States District Judge and undertook Senior status.

Therefore, pursuant to 28 U.S.C. § 294(b), the undersigned **REFERS** this case back to the Clerk of Court for reassignment to an active judge in accordance with the blind system for the assignment of cases.

DONE AND ORDERED in Chambers at Miami, Florida, on November 17, 2023.

_____
ROBER N. SCOLA, JR.
SENIOR UNITED STATES DISTRICT JUDGE

In accordance with Internal Operating Procedure 2.16.00 for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of the United States District Judge __Beth Bloom_____.

All documents for filing in this case shall carry the following case number and designation: 22-cr-20521-Bloom/Goodman.

By Order of the Court dated this ____20th____ of November 2023.

Angela E. Noble
Clerk of Court

_/s/Valerie Kemp_
by: Deputy Clerk

Copies provided to:
Counsel of Record