UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20521-CR-BLOOM

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

THEODORE FARNSWORTH,

    *Defendant.*

_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL

BY THIS NOTICE, RABIN & LOPEZ, P. A., and SAMUEL J. RABIN, JR., ESQUIRE, enter this, their Permanent Appearance as Counsel of record for Defendant, **THEODORE FARNSWORTH**, in connection with all Pretrial Proceedings and the Trial of this cause. This appearance is limited to matters before the District Court in the Southern District of Florida.

The Clerk of this Court is requested to send the undersigned attorney copies of all Court Notices and Orders filed herein.

    Respectfully submitted,

    **RABIN & LOPEZ, P.A.**
    One Southeast Third Avenue
    Suite 2600
    Miami, FL 33131
    Tel: 305•358•1064
    Fax: 305•372•1644
    Email: sjr@miamilawyer.com

    s/ *Samuel J. Rabin, Jr.*

    SAMUEL J. RABIN, JR.
    Florida Bar № 273831

_____
Notice of Permanent Appearance as Counsel
Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January 2024, a true and correct copy of the foregoing Notice of Permanent Appearance as Counsel was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
