UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

UNITED STATES OF AMERICA

CASE NO. 22-CR-20521-BB

vs.

THEODORE FARNSWORTH,
MITCHELL LOWE.
_____/

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

The United States of America hereby gives notice that Michael J. Madigan appears in the above-captioned case as counsel for the United States of America, solely as a member of the filter team, with regard to filter issues.

February 1, 2024

                                                Respectfully submitted,

                                                MARKENZY LAPOINTE
                                                UNITED STATES ATTORNEY
                                                SOUTHERN DISTRICT OF FLORIDA

                                                GLENN S. LEON, CHIEF
                                                CRIMINAL DIVISION, FRAUD SECTION
                                                U.S. DEPARTMENT OF JUSTICE

By:   */s/ Michael J. Madigan*
       MICHAEL J. MADIGAN (FL Bar # A5503179)
       Trial Attorney
       Special Matters Unit, Fraud Section, Criminal Division
       United States Department of Justice
       1400 New York Avenue NW
       Washington, DC 20530
       Tel: (202) 262-7641
       Michael.Madigan@usdoj.gov