UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-20521-DSL

**UNITED STATES OF AMERICA,**

vs.

**THEODORE FARNSWORTH, et al.**

**Defendants,**
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on the Motion to Withdraw. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Emily R. Stone is withdrawn as Assistant United States Attorney. The Clerk shall remove Emily R. Stone as counsel in this case.

DONE AND ORDERED in Chambers in Miami, Florida, this 17th day of January, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record